# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br>Douglas Scott Davidson,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. MJ-25-593  -CMS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 10, 2025  in the county of  Oklahoma  in the Western District of  Oklahoma , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent, Sarah King, FBI, which is incorporated and made a part hereof by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Sarah King, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  October 8, 2025

*Judge's signature*

City and state:  Oklahoma City, Oklahoma              Chris M. Stephens, U.S. MAGISTRATE JUDGE
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**AFFIDAVIT**

I, Sarah King, Special Agent with the Federal Bureau of Investigations (FBI), being duly sworn, depose and state as follows:

**EXPERIENCE AND TRAINING**:

1.      I am a Special Agent with the FBI and have been such since March 2017.  As such, I am an investigative and law enforcement officer of the United States authorized to conduct investigations of, and to make arrests and seizures for, offenses enumerated in, *inter alia*, the Controlled Substances Act, Title 21, United States Code.  I am currently assigned to the Oklahoma City Division of the FBI. Since becoming an FBI Special Agent, I have conducted multiple investigations targeting large criminal enterprises, some of which involved the unlawful distribution of controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846.

2.      This Affidavit is being submitted for the purpose of securing a warrant for the arrest of **Douglas Scott Davidson** (**DAVIDSON**) (DOB: XX/XX/1976) for distribution of a quantity of a mixture or substance containing a detectable amount of fentanyl in violation of 21 U.S.C. § 841(a)(1).

3.      Because this Affidavit is being offered for the limited purpose of

1

obtaining an arrest warrant, I have set forth only those facts necessary to establish probable cause to support this request. The facts contained in this Affidavit come both from reports of other law enforcement officers and from discussions with other law enforcement officers involved in this investigation.

## SUMMARY OF INVESTIGATION:

4. On or about September 10, 2025, Oklahoma City Police Department (OCPD) officers observed **DAVIDSON** at a gas station in Oklahoma City and observed him engage in an interaction with an individual that appeared to be consistent with a drug transaction based on their training and experience. Thereafter, law enforcement conducted a traffic stop of the vehicle driven by **DAVIDSON** along with another passenger, after he failed to signal 100 feet while changing lanes from the outside lane to the inside lane.

5. During the traffic stop, officers were given permission by the passenger to search a black plastic case that was sitting on the floorboard directly in front of where the passenger was sitting. The passenger gave consent to search that case. While searching the case, the OCPD officer observed a plastic straw on the rear passenger floorboard with one end of the straw burned which the officer immediately recognized as illegal drug paraphernalia.

6. Officers subsequently searched the vehicle. Inside the driver's-side

door panel, officers located and seized:

    a. a black Samsung phone;

    b. approximately 11.2 grams of fentanyl in rock form;

    c. 1.2 grams of "off-white" rock form fentanyl;

    d. 2.86 grams of methamphetamine in rock form;

    e. a burned straw;

    f. a digital scale with drug residue; and

    g. multiple plastic tear-off baggies.

7.    Based on my training and experience, I know that drug traffickers commonly keep substances in rock form before breaking off pieces and using digital scales to precisely measure the weight prior to distribution. I also know that it is common for drug traffickers to possess multiple plastic baggies at a time so that they may package narcotics in the baggies to distribute to customers during drug transactions. In this case, the drug quantity, while not as large as some other cases, is still an amount intended for distribution especially with respect to the fentanyl which is known to be lethal in small doses. Moreover, the scales with the residue and the plastic baggies indicate that **DAVIDSON** was in fact intending to distribute the controlled substances in question.

8.    **DAVIDSON** was subsequently arrested and taken into custody.

## CONCLUSION

9. Based on the foregoing facts, I submit there is probable cause to believe that on September 10, 2025, **DAVIDSON** knowingly possessed with intent to distribute a quantity of a mixture or substance containing a detectable amount of fentanyl in the Western District of Oklahoma, in violation of 21 U.S.C. § 841(a)(1). I request that an arrest warrant be issued for the offense described herein.

**FURTHER, YOUR AFFIANT SAYETH NOT.**

_____
SARAH KING
Special Agent, FBI

Sworn to and subscribed before me on this __8th__ day of October 2025.

_____
CHRIS M. STEPHENS
United States Magistrate Judge